UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY HARDY,
                    Plaintiff,                          Case No. 02-40255

vs.

                                                        HONORABLE PAUL V. GADOLA
ROBERT VIETA,                                           HONORABLE STEVEN D. PEPE
                    Defendant
_____/

**ORDER STRIKING PLAINTIFF'S**
**MOTIONS FOR CLARIFICATION (DKT. # 159) AND SANCTIONS  (DKT. #160)**
**AND ORDERING PLAINTIFF TO REFRAIN FROM FURTHER *PRO SE* FILING**

All pretrial proceedings have been referred to the undersigned pursuant to 28 U.S.C §636

(b)(1)(A) and (B).  Plaintiff was assigned counsel on April 23, 2007, and filed the present motions

on April 24, 2007, and April 27, 2007.

Plaintiff's motion for sanctions (Dkt. #160) requests sanctions against Defendant for

allegedly failing to produce the records ordered to be produced by the undersigned on March 30,

2007.  Yet, Defendant did produce the records and an order resolving Plaintiff's outstanding motion

for clarification on the issue relevant to the records was filed April 30, 2007 (Dkt. # 160).  Plaintiff's

motion for sanctions was filed later that same day.  Plaintiff dated that motion April 25, 2007 – two

days after he was assigned counsel.  Likewise, Plaintiff's latest motion for clarification was filed

April 24, 2007, again, after Plaintiff was assigned counsel.  Plaintiff is instructed to refrain from

further *pro se* filing. All further filings are to go through his assigned counsel.  Docket entries No.

159 and No. 160 are hereby  stricken from the record.

SO ORDERED.

Dated: May 3, 2007                              s/Steven D. Pepe_____
Flint, Michigan                                United States Magistrate Judge

## Certificate of Service

I hereby certify that on May 3, 2007, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following: Kevin R. Himebaugh, John S. LeRoy, and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants: Gregory Hardy #252393, Ionia Maximum Correctional Facility, 1576 W. Bluewater Hwy., Ionia, MI 48846

s/James P. Peltier
Courtroom Deputy Clerk
U.S. District Court
600 Church St.
Flint, MI 48502
810-341-7850
pete_peliter@mied.uscourts.gov

2